**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NGUYEN LE, ) | 1:11-cv-00668-JLT HC |
| ) | |
| Petitioner, ) | STIPULATION TO DISMISS PETITION |
| ) | AS MOOT |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR |
| Janet Napolitano, Secretary of Homeland ) | WRIT OF HABEAS CORPUS (Doc. 1) |
| Security, et al. ) | |
| ) | NO CERTIFICATE OF APPEALABILITY |
| Respondents. ) | IS REQUIRED |
| ) | |

Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") and is proceeding through counsel with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

///

///

///

///

///

///

///

In this immigration case, Petitioner challenges the length of his detention by Immigration and Customs Enforcement ("ICE").  On June 2, 2011, Petitioner was released from ICE custody on an Order of Supervision.  Accordingly, the parties have stipulated to dismissal of this action as moot.

Dated: June 6, 2011

                                          BENJAMIN B. WAGNER
                                        United States Attorney

By:    /s/Audrey Hemesath
         Audrey B. Hemesath
         Assistant U.S. Attorney
         Attorneys for the Respondents

By:    /s/ Michael Vu
         Michael Vu
         Attorney for the Petitioner

### **ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED as follows:

1. The petition for writ of habeas corpus (Doc. 1), is DISMISSED as MOOT;
2. The Clerk of the Court is instructed to enter judgment and close the case; and,
3. No certificate of appealability is required.

IT IS SO ORDERED.

Dated:  **June 10, 2011**                                      /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE